

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00617-CV

In the Interest of **T.D.** and **R.B.**, Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-00167
Honorable Charles E. Montemayor, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  October 30, 2013

DISMISSED FOR LACK OF JURISDICTION

This is an appeal from a final order terminating the parent-child relationship. An appeal from a final order terminating the parent-child relationship is accelerated. *See* TEX. FAM. CODE ANN. § 109.002(a) (West Supp. 2012); TEX. R. APP. P. 28.4(a). In an accelerated appeal, the notice of appeal must be filed within twenty days after the judgment or order is signed. *In the Interest of K.A.F.*, 160 S.W.3d 923, 927 (Tex. 2005); TEX. R. APP. P. 26.1(b). A timely notice of appeal is necessary to invoke this court's appellate jurisdiction. *See K.A.F.*, 160 S.W.3d at 927-28; TEX. R. APP. P. 25.1(b),(c).

Here, the trial court signed an order terminating appellant R.B.'s parental rights on June 26, 2013. Thus, R.B.'s notice of appeal was due on July 16, 2013. However, R.B did not file his notice of appeal until September 11, 2013. Because R.B.'s notice of appeal was untimely, we

ordered R.B. to show cause why this appeal should not be dismissed for lack of jurisdiction. R.B. filed a response to our order, but the response fails to demonstrate this court's jurisdiction over this appeal. Accordingly, this appeal is dismissed for lack of jurisdiction.

PER CURIAM